**Paula A. SMITH, Petitioner,**

v.

**DEPARTMENT OF the ARMY,
Respondent.**

**No. 2010–3066.**

United States Court of Appeals,
Federal Circuit.

Feb. 26, 2010.

Paula A. Smith, Fayetteville, NC, pro se.

## ORDER

On January 29, 2010, the court issued a letter allowing Paula A. Smith ("Smith") 21 days to notify this court if she had dismissed her petition for review before the Board. Smith has failed to respond within the time allowed.

Accordingly,

IT IS ORDERED THAT:

(1) This appeal is dismissed.

(2) Each side shall bear its own costs.